COMMONWEALTH of Kentucky,
Movant,

v.

Billy Ray GULLY and Terry Lee
Gully, Respondents.

Supreme Court of Kentucky.

Sept. 18, 1979.

Robert F. Stephens, Atty. Gen., C. David Clauss, Asst. Atty. Gen., Frankfort, for movant.

Jack Emory Farley, Public Advocate, Edward C. Monahan, Asst. Public Advocate, Frankfort, Terrence R. Fitzgerald, Louisville, for respondents.

### OPINION AND ORDER

The motion of the Commonwealth of Kentucky for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered February 23, 1979, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of *Kentucky v. Whorton,* —— U.S. ——; 99 S.Ct. 2088, 60 L.Ed.2d 640 (1979), and this court's opinion in *Whorton v. Commonwealth,* Ky., 585 S.W.2d 388 (1979).

All concur.